UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HAROLD RUSSELL TAUB,<br>      Defendant. | Cr. No. 19-015-WES |

## NOTICE OF APPEARANCE

Peter M. Nothstein, Trial Attorney of the Public Integrity Section of the Criminal Division of the Department of Justice, hereby files this Notice of Appearance on behalf of the United States in the above captioned case.

Respectfully submitted,

ANNALOU TIROL
Acting Chief, Public Integrity Section
Criminal Division, U.S. Department of Justice

   /s/ Peter M. Nothstein
PETER M. NOTHSTEIN
Trial Attorney, Public Integrity Section
1400 New York Avenue, NW
Washington, DC 20001
(202) 616-2401
peter.nothstein@usdoj.gov