# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| United States of America | ) |
|---|---|
| v. | ) |
| HAROLD RUSSELL TAUB | ) Case No. CR 19-15WES |
| | ) |
| Defendant | ) |

FILED
2019 FEB 25 A 9:18

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☑ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | U.S. DISTRICT COURT<br>TWO EXCHANGE TERRACE<br>PROVIDENCE, RI 02903 | Courtroom No.: B |
|---|---|---|
| | | Date and Time: 02/22/2019 2:00 pm |

This offense is briefly described as follows:
Wire Fraud
Willful Violation of the Election Act

Date: 02/14/2019

*Issuing officer's signature*

Martha Saucier, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons     ☐ Returned this summons unexecuted

Date: 2/22/19

*Server's signature*

ROBERT CHARETTE, SDUSM
*Printed name and title*